**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| VIAMEDIA, INC., | ) | |
| | ) | |
| | ) | Case No. 1:16-cv-05486 |
| *Plaintiff,* | ) | |
| | ) | Hon. Charles R. Norgle |
| v. | ) | |
| | ) | |
| COMCAST CORPORATION, and | ) | |
| COMCAST CABLE | ) | |
| COMMUNICATIONS | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**PLAINTIFF VIAMEDIA, INC.'S NOTICE
REGARDING REFUSAL-TO-DEAL THEORY**

Consistent with the Court's direction during its January 11, 2022 status conference,

Plaintiff Viamedia, Inc. hereby confirms that it is no longer pursuing its refusal-to-deal theory of

liability for the claims in the First Amended Complaint.

Dated:  January 13, 2022

Respectfully submitted,

By: /s/ *Richard J. Prendergast*
James M. Webster (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kelloghansen.com
apanner@kelloghansen.com
kfetterman@kelloghansen.com
dho@kelloghansen.com

1

Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
**PRENDERGAST LAYDEN, LTD.**
191 North Wacker Drive, 31st Floor
Chicago, Illinois 60606
(312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com

*Counsel for Plaintiff Viamedia, Inc.*

## CERTIFICATE OF SERVICE

I, Richard J. Prendergast, an attorney of record in the above-captioned case, hereby certify that on, I caused to be served a true and correct copy of Plaintiff Viamedia, Inc.'s Notice Regarding Refusal-to-Deal Theory upon the following counsel via electronic means:

**Ross Benjamin Bricker**
**Thomas Edward Quinn**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
rbricker@jenner.com
ssearscoder@jenner.com
tquinn@jenner.com

**Arthur Burke**
**David B. Toscano**
Davis, Polk & Wardwell
450 Lexington Street
New York, NY 10017
(212) 450-4000
arthur.burke@dpw.com
david.toscano@davispolk.com

on this 13TH day of January, 2022.

/s/ *Richard J. Prendergast*