# TYSON

# EXHIBIT 1

# Filed Under Seal